# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| Larry Fackler, *et al.* <br><br> Plaintiffs, <br> v. <br><br> Nucor Corporation, *et al.*, <br><br> Defendant. | Case No. 3:20-cv-539-DJH |

## NOTICE OF APEAL

Notice is hereby given that Edward Hobbs, Larry Fackler, and Stephen Hager, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order (DE 16) entered in this action on September 30, 2021.

Respectfully Submitted,

*/s/ Michael C. Merrick*
Clark C. Johnson
Michael C. Merrick
KAPLAN JOHNSON ABATE & BIRD LLP
710 West Main Street, Fourth Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630
Facsimile: (502) 540-8282
cjohnson@kaplanjohnsonlaw.com
mmerrick@kaplanjohnsonlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I certify that on October 20, 2021, I served the foregoing Notice of Appeal on all counsel of record via the Court's electronic filing system:

*s/ Michael C. Merrick*
*Counsel for Plaintiffs*
